# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

135123
135124
135125
(55)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LISA D. WYATT, Successor
Personal Representative of the Estate
of William Nolan Wyatt, Deceased,
　　　　　Plaintiff-Appellant,

v

OAKWOOD HOSPITAL AND
MEDICAL CENTERS, a/k/a OAKWOOD
HEALTHCARE, INC., PARVEZ KAHN, M.D.,
and THOMAS AUSTIN CHAPEL,
M.D.,
　　　　　Defendants-Appellants.

_____/

SC: 135123, 135124, 135125
COA: 263370, 263372, 263375
Wayne CC: 04-402043-NH

　　　　On order of the Court, the motion for review of taxation of costs is considered, and it is DENIED.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

l0421